Law Offices
**HINSHAW & CULBERTSON LLP**
2375 E. Camelback Rd.
Suite 750
Phoenix, AZ 85016
602-631-4400
602-631-4404
raoyama@hinshawlaw.com
mayers@hinshawlaw.com

Randy J. Aoyama (020096)
Michael R. Ayers (024318)
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Charlene Ignacio Yazzie, | ) | No. CV-16-08174-PHX-SRB |
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| v. | ) | |
| Asset Acceptance, LLC, | ) | |
| Defendant. | ) | |

Plaintiff Charlene Ignacio Yazzie and Defendant Asset Acceptance, LLC, hereby give notice to this Court that the Parties have reached a settlement. The Parties request the Court to vacate all dates and deadlines in this action. A Stipulation for Dismissal will be filed with the Court upon its execution, but no later than sixty (60) days from this Notice.

DATED this 9th day of September, 2016.

HINSHAW & CULBERTSON LLP

By: s/ Michael R. Ayers
     Randy J. Aoyama
     Michael R. Ayers
     Attorneys for Defendant

23474335v1 0989773

**CERTIFICATE OF SERVICE**

I certify that on the 9th day of September, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Veronika Fabian
Hyung S. Choi
CHOI & FABIAN, PLC
90 S. Kyrene Rd., Suite 5
Chandler, AZ 85226
Attorneys for Plaintiff

By  /s/ Eleanor Powell

2

23474335v1 0989773